# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2015

## NO. 03-13-00459-CR

**Alexander Dolan Davis, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 33RD DISTRICT COURT OF BURNET COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment revoking community supervision entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment revoking community supervision. Therefore, the Court affirms the trial court's judgment revoking community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.